IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:18-963 |
|---|---|---|
| | ) | |
| | ) | 26 U.S.C. § 7206(1) |
| v. | ) | |
| | ) | |
| BRENDA ABLE RODGERS | ) | **INDICTMENT** |

## COUNTS 1-5

THE GRAND JURY CHARGES:

1.     That on or about the dates set forth below, in the District of South Carolina and elsewhere, Defendant, BRENDA ABLE RODGERS, a resident of Greenwood, South Carolina, did willfully make and subscribe Internal Revenue Service Forms 1040, which were verified by written declarations that they were made under the penalties of perjury and which Defendant, BRENDA ABLE RODGERS, did not believe to be true and correct as to every material matter.

2.     That the Internal Revenue Service Forms 1040, which were filed with the Internal Revenue Service, stated the following taxable income and taxes due for the calendar years specified hereinafter. However, as Defendant BRENDA ABLE RODGERS, then and there knew, her taxable income for the following calendar years was greater than the amounts reported on the tax returns, and as a result of such additional taxable income, there were additional taxes due and owing to the United States of America:

| COUNT | TAX YEAR | TAX DUE AND OWING |
|---|---|---|
| 1 | 2012 | $17,341 |
| 2 | 2013 | $13,409 |
| 3 | 2014 | $10,487 |
| 4 | 2015 | $27,222 |
| 5 | 2016 | $10,433 |

All in violation of Title 26, United States Code, Section 7206(1).

A _____ True _____ Bill

___ REDACTED _____
FOREPERSON

SHERRI A. LYDON (WDHjr)
UNITED STATES ATTORNEY