IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Anderson DIVISION

**UNITED STATES OF AMERICA**

VS

CR NO. 8:18cr00963

Brenda Able Rogers

The defendant, having withdrawn his or her plea of Not Guilty, pleads **GUILTY** to Count(s) 4 of the Indictment/Superseding Indictment/Information.

*Brenda Able Rodgers*
(Signed) Defendant

Anderson, South Carolina